IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00289-CMA-CBS | Date: October 27, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

UNITED CONSTRUCTION   David von Gunten
PRODUCTS, INC.,

Plaintiff,

v.

TILE TECH, INC.,   Maurice Pessah

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in session: 02:01 p.m.**
Court calls case. Appearances of counsel.

William Kugler is present with Mr. von Gunten at counsel table.

This hearing comes before the Court in regards to Bison's MOTION [30] to Compel. Counsel presents oral argument in regards to the Motion. The Court reviews the discovery requests with counsel. Discussion regarding filing this case in California, personal jurisdiction, and deficiencies in the discovery requests and answers. Mr. von Gunten tenders a copy of the Plaintiff's interrogatories to the Court. Further discussion regarding Tile Tech, Inc.'s distributors. The Plaintiff orally withdraws Bison's MOTION [30] to Compel.

**ORDERED:** The Court grants the Plaintiff's oral Motion and Bison's MOTION [30] to Compel is WITHDRAWN.

The Court recommends moving this case to the Central District of California.

**ORDERED:** The Plaintiff shall notify the Defendant if they intend to file a Motion to Transfer and inquire if the Defendant would like to jointly file the Motion. If a Motion to Transfer is filed, it shall be filed on or before October 31, 2014.

The Defendant shall provide supplemental responses to Plaintiff's interrogatories 1-5 by November 7, 2014.  If a Motion to Transfer is filed, the Court will release any obligation on behalf of the Defendant to file supplemental responses.

The Plaintiff shall file a response to the MOTION [22] to Dismiss for Lack of Personal Jurisdiction on or before November 28, 2014.  A reply is due by December 12, 2014.  A Motion Hearing is set for December 18, 2014 at 1:30 p.m.  If Mr. Pessah waives oral argument, he may attend this hearing by phone.

HEARING CONCLUDED.

**Court in recess: 04:21 p.m.**
Total time in court: 02:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.