**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00289-CMA-CBS

UNITED CONSTRUCTION PRODUCTS, INC.
d/b/a BISON INNOVATIVE PRODUCTS,

      Plaintiff,

v.

TILE TECH, INC.,

      Defendant.

---

**ORDER TRANSFERRING ACTION TO
CENTRAL DISTRICT OF CALIFORNIA**

---

      THE COURT, having reviewed the Stipulation and Motion to Transfer Action to the Central District of California (Doc. # 38), and being sufficiently advised in the premises,

      HEREBY ORDERS that this matter is TRANSFERRED to the United States District Court for the Central District of California, and the Clerk of this Court shall effectuate such transfer pursuant to the Clerk's procedures.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss for Lack of

Jurisdiction (Doc. # 22) is DENIED AS MOOT, based on the parties' Stipulation (Doc.

# 38).

DATED:  November __03__, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge