Michelle J. Correll (Cal. Bar No. 229488)
LAW OFFICES OF MICHELLE J. CORRELL
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
Telephone:  (310) 425-3866
Facsimile:   (310) 943-2212
michelle@michellecorrell.com

David von Gunten (*Pro Hac Vice*)
VON GUNTEN LAW LLC
2696 S. Colorado Blvd., Suite 302
Denver, Colorado 80222
Telephone:  (303) 504-0055
Facsimile:   (303) 504-0044
dcvglaw@msn.com

Attorneys for Plaintiff
United Construction Products, Inc.
d/b/a Bison Innovative Products


Cyrus S. Tabibnia (Cal. Bar. No. 237348)
TABIBNIA LAW FIRM
6251 Van Nuys Boulevard, Suite 2D
Sherman Oaks, CA 91401
Telephone:  (818) 714-2228
Facsimile:   (818) 714-2366

Attorneys for Defendant
Tile Tech, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED CONSTRUCTION PRODUCTS, INC. D/B/A BISON INNOVATIVE PRODUCTS<br><br>       Plaintiff,<br><br>   v.<br><br>TILE TECH, INC.<br><br>       Defendant. | Case No. 2:14-CV-08570-R-VBK<br><br>Hon. Manuel L. Real, Courtroom 8<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER (Dckt No. 57)** |

1.

**ORDER ENTERING STIPULATED PROTECTIVE ORDER**

For good cause appearing, IT IS ORDERED that the Stipulated Protective Order (Docket No. 57) filed on April 21, 2015 is hereby entered.

Dated: April 23, 2015

_____
Hon. Manuel L. Real
United Stated District Judge

2.

**ORDER ENTERING STIPULATED PROTECTIVE ORDER**