David von Gunten (*Pro Hac Vice*)
VON GUNTEN LAW LLC
2696 S. Colorado Blvd., Suite 302
Denver, Colorado 80222
Tel.: (303) 504-0055  Fax: (303) 504-0044
dcvglaw@msn.com

Michelle J. Correll (Cal. Bar No. 229488)
SMITH CORRELL LLP
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel.: (213) 443-6222  Fax: (877) 730-5910
mcorrell@smithcorrell.com

Attorneys for Plaintiff
United Construction Products, Inc.
d/b/a Bison Innovative Products

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED CONSTRUCTION PRODUCTS, INC. D/B/A BISON INNOVATIVE PRODUCTS<br><br>Plaintiff,<br><br>v.<br><br>TILE TECH, INC.<br><br>Defendant. | Case No. 2:14-CV-08570-R-VBK<br><br>Hon. Manuel L. Real, Courtroom 8<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO THE COURT'S OCTOBER 5, 2015 ORDER;**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES;**<br><br>**DECLARATION OF MICHELLE J. CORRELL**<br><br>Date: November 16, 2015<br>Time: 10:00 a.m.<br><br>Discovery Cutoff: October 19, 2015<br>Pretrial Conference: Nov. 9, 2015<br>Trial: December 8, 2015 |

1.

**PL.'S MOT. FOR ENTRY OF DEFAULT JUDGMENT
PURSUANT TO THE COURT'S OCT. 5, 2015 ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 16, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Manuel L. Real in Courtroom 8 of the above-captioned Court, located at 312 N. Spring Street, Los Angeles, California 90012, plaintiff United Construction Products, Inc. d/b/a Bison Innovative Products ("Plaintiff") will and hereby does move for entry of default judgment against defendant Tile Tech, Inc. ("Defendant") pursuant to the Court's October 5, 2015 Order Granting Plaintiff's Motion to Compel Further Responses to Written Discovery and Production of Documents, and for Sanctions (Dkt. No. 72).

The Court's October 5, 2015 Order directed Defendant to supplement its response to each written discovery request at issue in the Motion to Compel and produce all documents requested by Plaintiff that are not subject to valid objections by 10:00 a.m. on October 12, 2015. However, despite the fact that the Court's Order included a warning that default judgment would be entered if Defendant did not comply, Defendant has disregarded the Court's October 5, 2015 Order.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities attached hereto, the Declaration of Michelle J. Correll attached hereto, all of the pleadings, papers and records in this action, such matters of which this Court takes judicial notice, and such other and further evidence and argument as may properly be presented to the Court at or before the hearing on the Motion.

Dated:  October 12, 2015	SMITH CORRELL LLP

By:  /s/ Michelle J. Correll
      Michelle J. Correll
      Attorneys for Plaintiff
      United Construction Products, Inc.,
      d/b/a Bison Innovative Products