David von Gunten (*Pro Hac Vice*)
VON GUNTEN LAW LLC
2696 S. Colorado Blvd., Suite 302
Denver, Colorado 80222
Tel.: (303) 504-0055  Fax: (303) 504-0044
dcvglaw@msn.com

Michelle J. Correll (Cal. Bar No. 229488)
SMITH CORRELL LLP
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel.: (213) 443-6222  Fax: (877) 730-5910
mcorrell@smithcorrell.com

Attorneys for Plaintiff
United Construction Products, Inc.
d/b/a Bison Innovative Products

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED CONSTRUCTION PRODUCTS, INC. D/B/A BISON INNOVATIVE PRODUCTS<br><br>Plaintiff,<br><br>v.<br><br>TILE TECH, INC.<br><br>Defendant. | Case No. 2:14-CV-08570-R-VBK<br><br>Hon. Manuel L. Real, Courtroom 8<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

1.

**ORDER GRANTING PL.'S MOT. FOR ENTRY OF DEFAULT JUDGMENT**

The Motion for Entry of Default Judgment filed by plaintiff United Construction Products, Inc. d/b/a Bison Innovative Products ("Plaintiff"), came on regularly for hearing before the Court on November 16, 2015.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default Judgment is GRANTED in its entirety.

IT IS SO ORDERED.

DATED: December 1, 2015

_____
Hon. Manuel L. Real
United States District Court Judge

**ORDER GRANTING PL.'S MOT. FOR LEAVE TO AMEND COMPLAINT**