David von Gunten (*Pro Hac Vice*)
VON GUNTEN LAW LLC
2696 S. Colorado Blvd., Suite 302
Denver, Colorado 80222
Tel.: (303) 504-0055  Fax: (303) 504-0044
dcvglaw@msn.com

Michelle J. Correll (Cal. Bar No. 229488)
SMITH CORRELL LLP
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel.: (213) 443-6222  Fax: (877) 730-5910
mcorrell@smithcorrell.com

Attorneys for Plaintiff
United Construction Products, Inc.
d/b/a Bison Innovative Products

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED CONSTRUCTION PRODUCTS, INC. D/B/A BISON INNOVATIVE PRODUCTS<br><br>Plaintiff,<br>v.<br><br>TILE TECH, INC.<br><br>Defendant. | Case No. 2:14-CV-08570-R-VBK<br><br>Hon. Manuel L. Real, Courtroom 8<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION AND MOTION TO RE-TAX COSTS** |

1  The Motion to Re-Tax Costs filed by plaintiff United Construction Products, Inc. d/b/a Bison Innovative Products ("Bison"), came on regularly for hearing before the Court on April 18, 2016.

Having considered the moving, opposition and reply papers, arguments, and all other matters presented to the Court, and for good cause shown, IT IS HEREBY ORDERED that the full amount of Bison's costs as set forth in its Application to the Clerk to Tax Costs (Dkt. No. 112) in the amount of $4,028.56 is taxed against defendant Tile Tech, Inc.

IT IS SO ORDERED.

DATED: April 18, 2016            _____
                                  Hon. Manuel L. Real
                                  United States District Court Judge

CC: FISCAL